# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAW OFFICES OF DAVID J. BERNEY, P.C., | : |
|     Plaintiff, | :    CIVIL ACTION |
| v. | :    No.: 12-cv-5033 |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : |
|     Defendant. | : |

## O R D E R

**AND NOW**, this __10TH__ day of June, 2014, upon consideration of Plaintiffs' Motion for Attorney's Fees and Costs (ECF No. 23), Defendant's Response (ECF No. 24), Plaintiffs' Reply (ECF No. 25), Defendant's Sur-Reply (ECF No. 28), and Plaintiffs' Supplemental Reply (ECF No. 29), and for the reasons stated in the Memorandum Opinion filed this date, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED IN PART and DENIED IN PART**. Defendant shall pay $49,053.00 in fees and $620.95 in costs to Plaintiff.

BY THE COURT:

    /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE